IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Smith, Philistine | Case Number: 07 B 08772 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 9/16/08 | Filed: 5/14/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 5, 2008
Confirmed: August 28, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 990.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 936.54 |
| Trustee Fee: | | 53.46 |
| Other Funds: | | 0.00 |
| Totals: | 990.00 | 990.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 2,806.33 | 936.54 |
| 2. | Portfolio Recovery Associates | Unsecured | 38.82 | 0.00 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 359.15 | 0.00 |
| 4. | Commonwealth Edison | Unsecured | 137.41 | 0.00 |
| 5. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 6. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 7. | Wexler & Wexler | Unsecured | | No Claim Filed |
| 8. | Advanced Assets Recovery | Unsecured | | No Claim Filed |
| 9. | Allied Interstate | Unsecured | | No Claim Filed |
| 10. | Illinois Dept Of Employment Sec | Unsecured | | No Claim Filed |
| 11. | Dr C B Rhee | Unsecured | | No Claim Filed |
| 12. | Clerk of The Circuit Court (Co | Unsecured | | No Claim Filed |
| 13. | Fbcs Inc | Unsecured | | No Claim Filed |
| 14. | Medclear Inc | Unsecured | | No Claim Filed |
| 15. | ACC International | Unsecured | | No Claim Filed |
| 16. | Medclear Inc | Unsecured | | No Claim Filed |
| 17. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 18. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 19. | TeleCheck | Unsecured | | No Claim Filed |
| 20. | Richard Dela Crace | Unsecured | | No Claim Filed |
| 21. | South Shore Hospital | Unsecured | | No Claim Filed |
| | | | $ 3,341.71 | $ 936.54 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Smith, Philistine

Printed: 9/16/08

Case Number: 07 B 08772
Judge: Goldgar, A. Benjamin
Filed: 5/14/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 53.46 |
|  | _____ |
|  | $ 53.46 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

